ACCEPTED
12-15-00221-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/27/2015 9:17:16 AM
Pam Estes
CLERK



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/27/2015 9:17:16 AM
PAM ESTES
Clerk

# D. Matt Bingham

**Criminal District Attorney**
**Smith County**

SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

TELEPHONE: (903) 535-0520
TELECOPIER: (903) 590-1719

Jennifer Barfield, Office Manager

Michael J. West. Appellate Chief

Ms. Pam Estes, Clerk
12th Court of Appeals
1517 W Front St., Ste. 354
Tyler, TX 75701

November 27, 2015

**RE:** *Jackson v. State*, **Cause No. 12-15-00221-CR**

Dear Ms. Lusk:

  The State acknowledges receipt of the brief filed by Appellant's counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), in the above-listed cause(s). The brief presents no claims of error; therefore, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2). The State will not file any further response unless the Court decides that the appeal is not frivolous and orders one. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 810 (Tex.Crim.App. 1978).

      Respectfully submitted,

      D. MATT BINGHAM
      Criminal District Attorney
      Smith County, Texas

     /s/ Michael J. West
     Michael J. West
     Assistant Criminal District Attorney
     SBOT# 21203300

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the State's acknowledgment of filing of an *Anders* brief was served by electronic filing on November 27, 2015, on Mr. Austin Jackson, Attorney at Law, 112 East Line, Ste. 310, Tyler, Texas 75702.

<div style="margin-left:40%">

/s/ Michael J. West
_____
Michael J. West
Assistant Criminal District Attorney
SBOT# 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)
mwest@smith-county.com

</div>